# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>            Petitioner,<br><br>      v.<br><br>BERNIE ELLIS,<br><br>            Respondent. | CV F 06-0166 AWI SMS HC<br><br>ORDER VACATING HEARING DATE OF JUNE 15, 2006<br><br>[Court Doc. 8] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    By order of March 1, 2006, the Court directed Respondent to submit a response to the petition within sixty days from the date of service. (Court Doc. 6.) On May 9, 2006, Respondent filed a motion to dismiss. (Court Doc. 8.) The motion was noticed for hearing on June 15, 2006, at 9:00 a.m. before the undersigned.

    Pursuant to Local Rule 78-230(m), "All motions, except motions to dismiss for lack of prosecution, filed in cases wherein one part is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." In cases filed pursuant to 28 U.S.C. § 2241, it is the practice of this Court to refer all motions to the assigned Magistrate Judge for Findings and Recommendations. See Local Rule 72-302(c)(17). Thus, after the motion to dismiss is deemed submitted, the Magistrate Judge will issue Findings and Recommendations.

1   Accordingly, it is HEREBY ORDERED that the hearing date of June 15, 2006, is
2   VACATED, pursuant to Local Rule 78-230(m).

4   IT IS SO ORDERED.

5   **Dated:**   **May 12, 2006**              /s/ **Anthony W. Ishii**
    0m8i78                           UNITED STATES DISTRICT JUDGE