# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CV F 06-0166 AWI SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT DOCUMENT |
| v. | |
| BERNIE ELLIS, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

This case is ready for review on the merits. In the petition for writ of habeas corpus, Petitioner contests the outcome of a disciplinary hearing in which he was found to have committed the prohibited act of possession of anything not authorized for retention. The Disciplinary Hearing Officer's Report, attached to Petitioner's petition, refers to a "Memorandum from Case Manager Maurseth." However, this document was never submitted to the Court for review. The only document submitted by Respondent is a declaration by Warden Jeff Wrigley. The Court hereby directs Respondent to submit a copy of the Memorandum From Case Manager Maurseth in order to assist the Court is resolving the instant petition.

Accordingly, within **twenty (20)** days from the date of service of this order, Respondent shall submit a copy of the Memorandum From Case Manager Maurseth, as referenced in the Disciplinary Hearing Officer Report.

IT IS SO ORDERED.

Dated:     October 23, 2006                    /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE

1