1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CHARLES LOWELL KENTZ,                CV F 06-0166 AWI SMS HC

10                        Petitioner,    ORDER GRANTING EXTENSION OF TIME
                                         NUNC PRO TUNC
11          v.
                                         [Doc. 17]
12   BERNIE ELLIS,

13                        Respondent.
14   _____/

15

16          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2241.

18          On December 27, 2006, Respondent filed a motion to extend time to file an answer.  On

19   January 12, 2007, and during the pendency of this request, Respondent filed an answer.

20   Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

21

22   IT IS SO ORDERED.

23   **Dated:    January 18, 2007**            _____/s/ Sandra M. Snyder_____
     ah0l4d                                    UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28