# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Petitioner,<br><br>    v.<br><br>BERNIE ELLIS,<br><br>    Respondent.<br>_____/ | CV F 06-0166 AWI SMS HC<br><br>ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATION AND JUDGMENT ENTERED MARCH 17, 2008, AND GRANTING PETITIONER THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>[Docs. 27, 28] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On January 18, 2008, the Magistrate Judge issued a Findings and Recommendation to deny instant petition for writ of habeas corpus. (Court Doc. 23.) The Recommendation was properly served on the parties at the last known address of record. After the thirty day time frame expired, the Recommendation was adopted in full and judgment was entered in favor of Respondent on March 17, 2008. (Court Docs. 27, 28.)

    On April 7, 2008, Petitioner informed the Court that he never received a copy of the Findings and Recommendation. (Court Doc. 29.) Petitioner states that the failure to receive the Recommendation resulted in his case being denied. (Id.) Based on Petitioner's claim that he never received the Recommendation and in the interest of justice, the Court will vacate the judgment and grant Petitioner an opportunity to file objections to the Findings and Recommendation.

1

Accordingly, it is HEREBY ORDERED that:

1. The Court's March 17, 2008, order adopting the Findings and Recommendation and entering judgment in favor of Respondent is VACATED;

2. Within **thirty (30)** days from the date of service of this order, Petitioner may file objections to the Findings and Recommendation; and,

3. Failure to file timely objections will result in the issuance of a final order resolving the instant petition.

IT IS SO ORDERED.

**Dated:   June 12, 2008**                               /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE