# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>            Petitioner,<br><br>      v.<br><br>BERNIE ELLIS,<br><br>            Respondent.   / | CV F 06-0166 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 23] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 18, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 30, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

1   The court notes that in the objections Petitioner contends that his rights under the
2 Administrative Procedure Act ("APA") have been violated because the prison disciplinary
3 hearing decision was arbitrary, capricious, and an abuse of discretion.   The court has reviewed
4 the petition.   In the petition Petitioner only requests relief pursuant to 28 U.S.C. § 2241.   At no
5 place in the petition or accompanying points and authorities does Petitioner mention the APA.
6 A new theory cannot properly be raised in objections to Findings and Recommendations.
7 <u>Greenhow v. Secretary of HHS</u>, 863 F.2d 633, 638-39 (9th Cir. 1988), *overruled on other*
8 *grounds by* <u>United States v. Hardesty</u>, 977 F.2d 1347 (9th Cir.1992).   As such, the court cannot
9 consider Petitioner's new APA arguments.   In addition, the APA is not applicable to federal
10 prison disciplinary proceedings.   <u>Clardy v. Levi</u>, 545 F.2d 1241, 1246 (9th Cir. 1976).   Thus,
11 Petitioner's arguments concerning the APA in his objections do not provide a basis to grant the
12 petition.
13   Accordingly, IT IS HEREBY ORDERED that:
14 1. The Findings and Recommendation issued January 18, 2008, is ADOPTED IN
15    FULL;
16 2. The Petition for Writ of Habeas Corpus is DENIED; and,
17 3. The Clerk of Court is directed to enter judgment in favor of Respondent.

19 IT IS SO ORDERED.
20 **Dated:     July 25, 2008**                              **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE